IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 23-616-TUC-JAS (BGM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Johnathon Clint Stemann, | |
| Defendant. | |

    Pending before the Court is a Report and Recommendation (Doc. 48) issued by United States Magistrate Judge Macdonald.  A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

    The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

    Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 48) is accepted and adopted.

(2) Defendant's motion to suppress (Doc. 30) is granted and evidence obtained from the unlawful search is suppressed.

Dated this 28th day of November, 2023.

Honorable James A. Soto
United States District Judge